IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

VANESSA LOYAL,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

Civil Action File No.
1:22-cv-00084-JRH-BKE

**STATUS REPORT**

COMES NOW Annarita L. McGovern, counsel for Defendant Marcus Phillips, and hereby notifies this Court regarding the following regarding the status of mediation:

Although the undersigned was not involved in the communications with plaintiff's counsel regarding mediation in this matter, upon information and belief, the mediation of the case has been set with Greg Parent of Miles Mediation for September 18, 2023, and both DOAS and its excess carrier, AIG plan to attend. Following communications with plaintiff's counsel, it appears unclear whether plaintiff will attend.

Respectfully submitted this 17th day of July, 2023.

**SATCHER & MCGOVERN LLC**

/s/ Annarita L. McGovern
ANNARITA L. MCGOVERN
Georgia Bar No. 098141
***Counsel for Defendant Marcus Phillips***

125 Stonemist Court
Roswell, Georgia 30076
Direct: (770) 847-7280
Mobile: (678) 488-6681
amcgovern@satchermcgovernlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the within and foregoing ***STATUS REPORT*** upon counsel of record with the clerk of court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record:

| | |
|---|---|
| Natanya H. Brooks | Zack Greenamyre |
| Meredith S. Watts | Samantha Jill Funt |
| Brooks Injury Law | Mitchell & Shapiro LLP |
| 3740 Davinci Court, Suite 150 | 3490 Piedmont Road, Suite 650 |
| Peachtree Corners, GA 30092 | Atlanta, GA 30305 |
| nhb@brooksinjurylaw.com | zack@mitchellshapiro.com |
| msw@brooksinjurylaw.com | sam@mitchellshapiro.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
| | |
| David C. Will | Timothy J. Buckley, III |
| Royal-Will | Eva Neilson Hill |
| 4799 Sugarloaf Parkway | Buckley Christopher, PC |
| Bldg. J | 2970 Clairmont Road, NE, Suite 650 |
| Lawrenceville, GA 30044 | Atlanta, GA 30329 |
| dwill@royallaw.net | tbuckley@bchlawpc.com |
| *Counsel for Defendant Robert Roberson* | ehill@bchlawpc.com |
| | *Counsel for Defendant Brittany Seals* |
| | |
| Charles E. Cox, Jr. | Garrett R. Greiner |
| Charles E. Cox, JR., LLC | Gannam, Gnann & Steinmetz, LLC |
| Post Office Box 67 | P.O. Box 10085 |
| Macon, GA 31202-0067 | Savannah, GA 31412-0285 |
| charles@cecoxjr.com | ggreiner@ggsattorneys.com |
| *Counsel for Defendant Clifford Brown* | *Counsel for Defendant Madie Kitchens* |

Laura L. Lones
Gregory L. Young
Department of Law-04
40 Capitol Square SW
Atlanta, GA 30334-1300
llones@law.ga.gov
gyoung@law.ga.gov
*Counsel for Defendants Georgia Department of Corrections;*

3

*Edward Philbin; Reggie Crite; Robert Roberson; Marcus Phillips, Clifford Brown and Madie Kitchens*

This 17th day of July, 2023.

        **SATCHER & MCGOVERN LLC**

        /s/ Annarita L. McGovern
        ANNARITA L. MCGOVERN
        Georgia Bar No. 098141

        ***Counsel for Defendant Marcus Phillips***

125 Stonemist Court
Roswell, Georgia 30076
Direct: (770) 847-7280
Mobile: (678) 488-6681
amcgovern@satchermcgovernlaw.com