IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| VANESSA LOYAL, | § |
| *Plaintiff,* | § § § § |
| v. | §  CIVIL ACTION NO. |
| | §      1:22-cv-00084-JRH-BKE |
| GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. | § § § |
| *Defendants.* | § § § |

# **STATUS REPORT**

COMES NOW, Noah B. Green, counsel for Defendant Reggie Crite, and hereby notifies the Court of the following regarding the status of mediation:

Although the undersigned was not involved in discussions with Plaintiff's counsel about mediation, upon information and belief, the mediation of the case has been set with Mr. Greg Parent of Miles Mediation to take place September 18, 2023.

Respectfully submitted this 17th day of July, 2023.

HENEFELD & GREEN, P.C.

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant Crite*

-1-

-2-

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the **Status Report** upon counsel of record using the CM/ECF system, which will automatically send a notification via electronic mail to counsel of record using the address on file with the Court.

Natanya H. Brooks
Meredith S. Watts
Brooks Injury Law
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
nhb@brooksinjurylaw.com
msw@brooksinjurylaw.com
*Counsel for Plaintiff*

Zack Greenamyre
Samantha Jill Funt
Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
zack@mitchellshapiro.com
sam@mitchellshapiro.com
*Counsel for Plaintiff*

David C. Will
Royal-Will
4799 Sugarloaf Parkway
Bldg. J
Lawrenceville, GA 30044
dwill@royallaw.net
*Counsel for Defendant Roberson*

Timothy J. Buckley, III
Eva Neilson Hill
Buckley Christopher, PC
2970 Clairmont Road, Ste 650
Atlanta, GA 30329
tbuckley@bchlawpc.com
ehill@bchlawpc.com
*Counsel for Defendant Seals*

Charles E. Cox, Jr.
Charles E. Cox, Jr., LLC
P.O. Box 67
Macon, GA 31202
charles@cecoxjr.com
*Counsel for Defendant Brown*

Garrett R. Greiner
Gannam, Gnann & Steinmetz
P.O. Box 10085
Savannah, GA 31412
ggreiner@ggsattorneys.com
*Counsel for Defendant Kitchens*

-4-

| | |
|---|---|
| Laura L. Lones<br>Gregory L. Young<br>Department of Law-04<br>40 Capital Square SW<br>Atlanta, GA 30334<br>llones@law.ga.gov<br>gyoung@law.ga.gov<br>*Counsel for GDC* | Annarita L. McGovern<br>Satcher & McGovern LLC<br>125 Stonemist Court<br>Roswell, GA 30076<br>amcgovern@satchermcgovernlaw.com<br>*Counsel for Defendant Phillips* |

This 17th day of July, 2023.

HENEFELD & GREEN, P.C.

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant Crite*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com