# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **1:22cv084**

DATE  **July 19, 2023**

TITLE  **Vanessa Loyal v Georgia Department of Corrections, et al**

TIMES  **3:02 - 3:34**

Honorable : **Brian K. Epps, United States Magistrate Judge**

Courtroom Deputy : **Courtnay Capps**

Court Reporter : **FTR**

| Plaintiff | Defendant |
|---|---|
| **Meredith Watts**<br>**Zack Greenamyre**<br>**Derek Rajavuori** | **GA DOC and all Defendants: Laura Lones, Gregory Young**<br>**Robert Roberson: David Will**<br>**Marcus Phillips: Annarita McGovern**<br>**Reggie Crite: Noah Green**<br>**Brittney Seals: Eva Nielsen Hill**<br>**Clifford Brown: Charles E. Cox, Jr**<br>**Edwin Phillips: Laura Lones, Gregory Young**<br>**Maddie Kitchens: Garrett Greiner** |

PROCEEDINGS:  **Status conference by telephone**

☑ In Court
☐ In Chambers

NOTES:

Status conference by telephone held.

The parties will conduct a mediation for September 18, 2023.   The Court will stay all deadlines and discovery except depositions already noticed of defendants who will not assert the Fifth Amendment privilege.