IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| VANESSA LOYAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-084 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For the reasons stated at the July 19, 2023 status conference, the Court **STAYS** all discovery pending mediation on September 18, 2023, except for depositions already noticed of defendants who will not assert the Fifth Amendment privilege. The parties shall advise the Court as to the status of the case by no later than September 25, 2023, and, if the case is not resolved, shall submit a joint proposed Amended Scheduling Order along with their status report.

SO ORDERED this 20th day of July, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA