UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| VANESTA LOYAL,<br><br>  *Plaintiff*,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  *Defendants*. | CIVIL ACTION FILE<br>NO.  1:22-cv-84-JRH-BKE |

## JOINT[1] STATUS REPORT

On July 20, 2023, Judge Epps ordered the parties to advise as to the status of the case following the mediation scheduled for September 18, 2023. *See* Doc. 69. Following mediation, counsel for the parties advise that the parties anticipate filing a Rule 41(a)(1)(ii) stipulation of dismissal with prejudice in the coming weeks. Counsel estimates that this can be accomplished within 30 days.

This 25th day of September, 2023.

                   **MITCHELL SHAPIRO**
                   **GREENAMYRE & FUNT, LLP**

                   /s/ *Zack Greenamyre*
                   Zack Greenamyre
                   Georgia Bar No. 293002

881 Piedmont Avenue
Atlanta, Georgia 30309
(404) 812-4747
zack@mitchellshapiro.com

---

[1] Counsel has express written permission from all parties to file this status report as a joint status report for all parties, except for Defendant Crite. As of this filing, counsel for Crite has not responded to emails on this date regarding whether the parties may file this on his behalf. All other parties join in this status report.

## CERTIFICATE OF SERVICE

Counsel hereby certifies that the foregoing was filed via the CM/ECF system which will deliver the same to all counsel of record.

This 25th day of September, 2023.

/s/Zack Greenamyre
ZACK GREENAMYRE
Georgia Bar Number 293002